[No. 41269-8-I. Division One. August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN GARY MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00871-1, Charles V. Johnson, J., entered August 11, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41273-6-I. Division One. August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. B.Y., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02782-1, Georgina D. Sierra, J. Pro Tem., entered August 15, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41316-3-I. Division One. August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN LIVI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-03702-8, Anthony P. Wartnik, J., entered August 28, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41323-6-I. Division One. August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. S.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-03824-2, Charles V. Johnson, J., entered September 4, 1997. *Affirmed* by unpublished per curiam opinion.